UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:23-cr-00123-JRS-MG |
| | ) | |
| DONOVAN TIPLER, | ) | - 19 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On October 1, 2026, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on September 25, 2026. Defendant Tipler appeared in person with his appointed FCD counsel Mitchell Swedarsky. The government appeared by Adam Eakman, Assistant United States Attorney. U.S. Parole and Probation appeared by Officer Katherine Lindley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Tipler of his rights and ensured he had a copy of the Petition. Defendant Tipler waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Tipler admitted Violation Nos 3 and 5 as set forth in the Petition. [Dkt. 1512.] Government orally moved to dismiss the remaining violations, which motion was granted by the Court; Violation Nos. 1, 2, 4, 6, 7, 8, and 9 were dismissed.

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **"You shall consent, at the direction of the probation officer, to having installed on your phone, computer, electronic devices, and any hardware or software systems to monitor your use of these items. Monitoring will occur on a random and/or regular basis. You will warn other occupants or users of the existence of the monitoring hardware or software. To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment. The defendant is responsible for the cost of the monitoring program."**<br><br>As previously reported to the Court, an unmonitored Internet-enabled device was seized from Mr. Tipler's residence on July 8, 2026. At the time of the seizure, Mr. Tipler admitted ownership of the device. |
| 5 | **"You shall not view or possess any pictures or videos of animals engaged in staged fighting, including dogs that are engaged in dogfighting. This includes pictures or videos of dogfights, dog breeding, or dogs training for dogfighting."**<br><br>A forensic analysis of Mr. Tipler's seized device confirmed it contained videos, photographs, and correspondence with individuals engaged in breeding and selling dogs. |

4. The Court finds that:

    (a) The highest grade of violation is a Grade C violation.

    (b) Defendant's criminal history category is I.

    (c) The advisory range of imprisonment applicable upon revocation of supervised release, therefore, is 3 to 9 months' imprisonment.

5. The government recommended a sentence of 12 months incarceration with 1 year of supervised release to follow. Defendant argued to remain on his current conditions of supervised release.

The Magistrate Judge, having considered the relevant factors set forth in 18 U.S.C. § 3553(a), *see* 18 U.S.C. § 3583(e) and as more fully set forth on the record, finds that the Defendant violated the conditions set forth in Violation Nos. 3 and 5 of the Petition, and

recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of nine (9) months incarceration, with twenty-seven (27) months of supervised release to follow. The Defendant was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties have fourteen days after being served a copy of this Report and Recommendation to serve and file written objections with the District Judge.

Dated: 1 OCT 2026

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system